**Order entered October 9, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00143-CV

## THEODORE SIMMONS, Appellant

## V.

## MIDLAND FUNDING, LLC, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-01681-C

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine why the reporter's record of the September 19, 2019 bench trial had not been filed. Following an extension, the hearing was to be held by October 9, 2020.

Before the Court is a copy of the trial court's October 6, 2020 amended order to show cause. The order reflects the hearing was scheduled October 5, 2020 but LaToya Young, the court reporter responsible for the missing record, failed to appear. We construe the copy of the order as a request for extension of time to

conduct the hearing. We **GRANT** the request. The hearing shall be held **October 19, 2020** as set by the trial court in the amended order to show cause. As ordered by the trial court, Ms. Young shall be present at the hearing. Janet Wright, Official Court Reporter for County Court at Law No. 3, shall also be present.

The trial court shall make written findings concerning the reasons the record has not been filed and the solution to getting the record filed with this Court. The findings shall be filed in a supplemental clerk's record **no later than October 22, 2020**. A supplemental reporter's record of the hearing shall also be filed **no later than October 22, 2020**.

By order dated August 10, 2020 order, we directed Ms. Young to not sit as a reporter until the missing record was filed. That order **REMAINS IN EFFECT.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Dallas County Clerk John F. Warren; Ms. Wright; Ms. Young; the Dallas County Auditor; and, the parties.

We again **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than October 28, 2020.

/s/    BILL WHITEHILL
        JUSTICE